JS - 6

cc: order, docket, remand letter to
Los Angeles Superior Court, North Valley District,
Chatsworth, No. 12H02736

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHAY BANK, a California Banking corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL WESTON, an individual,<br><br>    Defendant.<br>_____ | Case No. CV 12-08341 DDP (FMOx)<br><br>**ORDER OF REMAND** |

THE COURT having ordered the moving party to show cause in writing, not later than November 5, 2012, why this action should not be remanded and the moving party having failed to respond,

THE COURT ORDERS that this action be, and hereby is, remanded for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel and parties.

Dated: December 5, 2012

DEAN D. PREGERSON
United States District Judge